PS 8
(Rev. 4.2020)

# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TEXAS

U.S.A. vs. Drew Zarate                                     Docket No.  1:20-CR-289-005-RP

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Matthew C. Gosser                           , pretrial services/probation officer, presenting an
official report upon the conduct of defendant      Drew Zarate                                                    ,
who was placed under pretrial release supervision by the  Honorable Andrew W. Austin                 ,
sitting in the court at Austin, Texas                        on the  3rd   date of December , 2020
under the following conditions:

See appearance Bond and Order Setting Conditions of Release dated December 3, 2020.

Pretrial Services alleges the defendant has violated the following conditions or release:

(1)The defendant must not violate federal, state or local law while on release.

#7 (l) of his release order which states: not use alcohol excessively.

#7(r)of his release order which states: report as soon as possible, to the pretrial services officer or supervising officer,
every contact with law enforcement personnel, including arrest, questioning, or traffic stops.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On December 21, 2021, a criminal records check conducted by Pretrial Services revealed the defendant was arrested on
October 7, 2021 by the Austin Police Department for Driving While Intoxicated. The defendant was subsequently
contacted and he admitted to being arrested for Driving While Intoxicated. He indicated he was driving a friend's
vehicle at the time of the arrest. The defendant indicated he does not own a vehicle. The defendant further advised he
was released on a Personal Recognizance Bond subsequent to his arrest.

The defendant failed to notify Pretrial Services of contact with law enforcement, his arrest for Driving While
Intoxicated. The defendant was admonished for consuming alcohol in excess, not reporting the law enforcement contact
to Pretrial Services and violating a state, federal or local law, despite the imposed bond conditions and indicated the
court will be informed of the violation.

Assistant U.S. Attorney, Mark Marshall has been advised of the above and is in agreement with the recommendation of
Pretrial Services.

PRAYING THAT THE COURT WILL ORDER the defendant's bond be modified to include the following condition of
bond: Condition #7(l) no use alcohol at all.

I declare under penalty of perjury that the foregoing is true and
correct.
Executed on 01/24/2022

PS 8
(Rev. 12/04)

### ORDER OF COURT

Considered and ordered this ___28th___ day of

___January___ , ___2022___ and ordered filed

and made a part of the records in the above case.

_____
U.S. District Judge/Magistrate Judge

_____
U.S. Pretrial Services Officer     Phone Number     | +1 (254) 981-6345 |

_____
Supervisory
U.S. Pretrial Services Officer     Phone Number     | +1 (210) 818-7861 |

Place       U.S. Pretrial Services Office
            727 E. Cesar Chavez, Blvd., Ste. 636
            San Antonio, Texas 78206